IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>KAITLIN PLASCJAK,<br><br>    *Defendant*. | Criminal No. 17-16 |

## ORDER

AND NOW, this 21st day of April 2021, for the reasons set forth in the accompanying opinion, the letter motion for appointment of counsel (ECF No. 74) filed by defendant Kaitlin Plascjak ("Plascjak") is hereby DENIED WITHOUT PREJUDICE to Plascjak filing a new motion based upon changed circumstances.

IT IS SO ORDERED.

/s/ JOY FLOWERS CONTI
Joy Flowers Conti
Senior United States District Judge